# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jimmy Lowery, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:18-cv-00319-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| McDowell County Superior Court, et al | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2020 Order.

November 23, 2020

Frank G. Johns, Clerk
United States District Court